# Exhibit F

## Honest's Feelin' Pine Print:







## Butterblu's Holiday Pine Time Print:







## Honest's Rainbow Stripe Print:



**<u>Butterblu's Pink Sunny Rainbow Print:</u>**



